**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 18, 2007**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-51188
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERASMO ESTRADA-RODRIGUEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:05-CR-139-ALL
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Erasmo Estrada-Rodriguez has filed a motion for leave to withdraw and a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Estrada-Rodriguez has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.